UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
COLLEEN TURKOT,                                           :
                                                          :
                              Plaintiff,                  :            25 Civ. 8183 (JPC)
                                                          :
              -v-                                         :            ORDER
                                                          :
ZOLL MEDICAL CORP.,                                       :
                                                          :
                              Defendant.                  :
                                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Defendant's letter dated December 2, 2025, requesting a pre-motion conference in advance of its anticipated Motion to Dismiss.  Dkt. 7.  The docket reflects that Plaintiff has not responded to that letter.  Rule 6.A of the Court's Individual Rules and Practices in Civil Cases states that "[a]ll parties served with [a] pre-motion letter must submit a letter response . . . within three business days from the submission of the pre-motion letter."  Accordingly, Plaintiff shall submit a letter response to Defendant's letter by December 11, 2025.

       SO ORDERED.

Dated:  December 8, 2025
        New York, New York                    _____
                                                      JOHN P. CRONAN
                                                  United States District Judge