UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                       :

COLLEEN TURKOT,                     :

                Plaintiff,         :          25 Civ. 8183 (JPC)

       -v-                  :          ORDER

ZOLL MEDICAL CORP.,          :

              Defendant.     :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' proposed briefing schedule for Defendant's motion to dismiss and Defendant's motion to stay discovery pending the motion's resolution.  Dkt. 15 at 1-2.

Defendant shall file its motion papers by March 5, 2026.  Plaintiff shall file its brief in opposition by April 6, 2026.  Defendant's reply, if any, is due April 27, 2026.

By February 11, 2026, Plaintiff shall advise the Court whether she opposes a stay of discovery and, if so, provide the grounds for her opposition.

     SO ORDERED.

Dated: February 4, 2026
      New York, New York                     JOHN P. CRONAN
                                      United States District Judge