UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
COLLEEN TURKOT,                                               :
                                                              :
                             Plaintiff,                       :        25 Civ. 8183 (JPC)
                                                              :
              -v-                                             :        ORDER
                                                              :
ZOLL MEDICAL CORP.,                                           :
                                                              :
                             Defendant.                       :
                                                              :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 4, 2026, the Court ordered Plaintiff to advise the Court whether she opposes

Defendant's motion to stay discovery, Dkt. 15, by February 11, 2026. Dkt. 16. The docket reflects

that Plaintiff has failed to respond to that Order. Plaintiff shall file a response by February 18, 2026.

Failure to comply with court orders may result in sanctions, including dismissal.

SO ORDERED.

Dated: February 13, 2026
       New York, New York                              _____
                                                              JOHN P. CRONAN
                                                        United States District Judge