UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                      :

COLLEEN TURKOT,                           :

                       Plaintiff,          :

               -v-                   :               25 Civ. 8183 (JPC)

                                       :

ZOLL MEDICAL CORP.,                   :                ORDER

                                       :

                     Defendant.       :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court denied Defendant's motion to stay discovery pending resolution of its motion to dismiss. Dkt. 19. Accordingly, by February 25, 2026, the parties shall submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      SO ORDERED.

Dated: February 18, 2026
        New York, New York                                  JOHN P. CRONAN
                                                United States District Judge